UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,  CIVIL ACTION NO.: 11-12721

        PLAINTIFF,  HONORABLE: PATRICK J. DUGGAN

VS.

FELICIA A. DONADONI

        Defendant,

_____

| O'REILLY RANCILIO P.C. | STEPHEN J. BOROWSKI (P30562) |
|---|---|
| CRAIG S. SCHOENHERR, SR. (P32245) | Attorney for Defendant |
| Attorneys for Plaintiff | P.O. Box 111 |
| 12900 Hall Road, Ste. 350 | Lincoln Park, MI 48146 |
| Sterling Heights, MI 48313-1151 | (248) 224-9389 |
| (586) 726-1000 | sjblaw@wideopenwest.com |
| cschoenherr@orlaw.com | |

_____

**STIPULATED ORDER OF DISMISSAL**

The United States of America and Felicia A. Donadoni agreed to resolve the pending action and the Court being adequately advised:

**IT IS ORDERED THAT:**

1.    This action is dismissed with prejudice and without costs as to all parties;

3.    FELICIA A. DONADONI shall sign a Consent Judgment which the United States of America will hold and will not enter unless FELICIA A. DONADONI defaults under the terms of the repayment schedule.

4.    Should FELICIA A. DONADONI default, the United States of America has the right to file a Stipulated Order Setting Aside Dismissal and enter the Consent Judgment in the amount of $46,799.65 (principal as to Count I of $6545.84, interest as to Count I in the amount of $4598.11, principal as to Count II of $6,615.59, interest as to Count II in the amount of $4,141.57, principal as to Count III of $15,261.26, interest as to Count III in the amount of

$9,287.28 through April 8, 2011, Court Costs of $350.00) and interest at the legal rate from the date of April 8, 2011, which will be compounded annually pursuant to the provisions of 28 U.S.C. 1961(b) until paid in full and less any previous payments made without any further hearings before this Court;

   5. FELICIA A. DONADONI will make an initial payment on November 15, 2011, payable to the Department of Justice, to be sent to the U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363 , in the amount of $300.00.

   6. On the 15th day of each month thereafter, FELICIA A. DONADONI will tender to the United States a check payable to the Department of Justice in the amount of $300.00 and will continue to make such payments by the 15th of each month, until the entire amount of $45,000.00, is paid in full.

   7. FELICIA A. DONADONI shall keep the United States currently informed in writing of any material change in her financial situation or ability to pay, and of any change in her employment, place of residence or telephone number. Defendant shall provide such information to attention of Craig S. Schoenherr, Sr. at O'Reilly Rancilio P.C., 12900 Hall Road, Suite 350, Sterling Heights, MI 48313.

   8. This order resolves the last pending claim and closes the case.

   s/Patrick J. Duggan
   Patrick J. Duggan
   United States District Judge

Dated: October 21, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Friday, October 21, 2011, by electronic and or ordinary mail.

   s/Marilyn Orem
   Case Manager